■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN BURNS, Appellant. (Appeal No. 2.) [893 NYS2d 777]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered January 5, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law, the plea is vacated and the matter is remitted to Erie County Court for further proceedings on the indictment.

Same memorandum as in *People v Burns* (70 AD3d 1301 [2010]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WESOLOWSKI, Appellant. [893 NYS2d 798]—Appeal from a judgment of the Allegany County Court (Thomas P. Brown, J.), rendered September 16, 2008. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.